O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TONY CHANDEL GRAHAM, SR., | ) | No. ED CV 13-01200-JGB (VBK) |
| Plaintiff, | ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | ) | |
| JAMES E. HENNING, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED:   March 27, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE